John J. Hebert (#010633)
Mary B. Martin (#019196)
**POLSINELLI SHUGHART PC**
3636 North Central Avenue, Suite 1200
Phoenix, AZ 85012
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-mail: PhoenixBankruptcyECF@polsinelli.com
E-Mail: jhebert@polsinelli.com
E-Mail: mmartin@polsinelli.com

*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| In re: | Chapter 7 Proceedings |
|---|---|
| GREGG SETH REICHMAN, | Case No. 0:10-bk-24374-RJH |
| Debtor. | **MOTION TO COMPEL ABANDONMENT OF PROPERTY** |

Gregg S. Reichman, Debtor, by and through undersigned counsel, hereby moves this Court for an Order, pursuant to 11 U.S.C. § 554, Bankruptcy Rule 6007 and Local Bankruptcy Rule 6007-1(b), for the abandonment of the estate's interest in certain personal property described as a 1999 Douglas Skater and trailer on the grounds that the property is burdensome and of inconsequential value to the estate. For his Motion, Mr. Reichman represents as follows:

**I.   Facts**

1. This case was commenced by voluntary petition filed by Gregg S. Reichman ("Debtor") under Chapter 7 of the Bankruptcy Code on August 3, 2010.

2. Lawrence J. Warfield is the appointed Case Trustee of the Chapter 7 Estate.

3. Debtor owns a 1999 32-foot Douglas Skater and Douglas Skater triple axle trailer (collectively, the "Property").

4. The Property is subject to a lien in favor of Bank of the West in the amount of $114,559.19 as of September 25, 2010, plus interest at $19.24 per diem thereafter. A copy of the

payoff statement from Bank of the West dated September 15, 2010, is attached hereto as Exhibit "A" and incorporated herein by reference.

5. The Property has been listed for sale for over eight (8) months with Suncoast Powerboat & Yacht Brokerage at $139,000. During that time, no legitimate offers were received. Due to the current economics and the exit of banks to finance these types of boats, the values of these boats have fallen to wholesale or below. A copy of Suncoast Powerboat & Yacht Brokerage's evaluation is attached hereto as Exhibit "B" and incorporated herein by reference.

6. Debtor has received an offer to purchase the Property for the purchase price of $120,000. A copy of the Purchase Agreement is attached hereto as Exhibit "C" and incorporated herein by reference.

7. The buyer is prepared to close within seven (7) days of acceptance of the offer.

8. Suncoast Powerboat & Yacht Brokerage's commission is ten percent (10%) of the sale proceeds. However, Suncoast Powerboat & Yacht Brokerage has agreed to reduce its commission equal to the balance of the sale proceeds after payment of Bank of the West's lien – approximately $5,440.

9. After payment of the lien and broker's commission, there will be no funds available for distribution to the estate.

**II.  Discussion**

Pursuant to 11 U.S.C. § 554, the Court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate. As set forth herein, the Property is burdensome to the estate and of inconsequential value and benefit to the estate. The Debtor has received an offer to purchase the Property for $120,000 after having been listed for sale with a licensed broker for over eight months. Unfortunately with the current economics, the market for performance boats has declined significantly and the values have fallen to wholesale or below numbers. It is not foreseeable that another offer of this value or higher will be presented anytime in the near future. *See* Suncoast Powerboat & Yacht Brokerage's evaluation (Exhibit B). The Debtor desires to accept the purchase offer and to close on the transaction in a timely manner. The Debtor cannot continue to service the debt and any delay in

1  closing on this transaction may result in a loss of this sale and further diminish any value over the
2  lien.

3  The sale proceeds will be sufficient to pay the lien of Bank of the West in the approximate
4  amount of $114,559.19 (plus $19.24 per diem after September 25, 2010). The balance of the sale
5  proceeds of approximately $5,440 will be paid to Suncoast Powerboat & Yacht Brokerage for its
6  commission, which it has agreed to a reduced commission. Consequently, the sale will not realize
7  any value for the estate. Accordingly, the Debtor seeks the abandonment by the Trustee of this
8  Property as it is burdensome to the estate and of inconsequential value and benefit to the estate.

9  WHEREFORE, Gregg S. Reichman, Debtor, requests that this Court enter an Order
10 compelling the abandonment of the personal property described herein; and, for such other relief as
11 deemed appropriate.

12 DATED: September 20, 2010.

POLSINELLI SHUGHART PC

By: /s/ Mary B. Martin
John J. Hebert
Mary B. Martin
Security Title Plaza
3636 N. Central Ave., Suite 1200
Phoenix, AZ 85012

*Attorneys for Debtor*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on September 20, 2010, to:

U.S. TRUSTEE'S OFFICE
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003

Lawrence J. Warfield * lwarfield@warfieldcpas.com
WARFIELD & COMPANY CPA, P.C.
14555 N. Scottsdale Road, Suite 340
Scottsdale, AZ 85254

Bank of the West
1450 Treat Blvd.
P.O. Box 8050
Walnut Creek, CA 94597-8050

By: /s/ Cathie Bernales



**BANK OF THE WEST**

Asset Recovery

SEPTEMBER 15, 2010

GREGG S REICHMAN
3086 GATEWOOD DRIVE
LAKE HAVASU CITY, AZ 85261-5377
FAX# 602-252-1177

OUR LOAN NO.    849-043682

Dear Mr. Reichman:

The amount necessary to pay the referenced loan in full is $114,559.19.

This offer is good through 9/25/10. It becomes null and void after that date. After the due date indicated, add per diem $19.24 a day to the payoff amount shown.

Upon receipt of certified funds, a Certificate of Title will be forwarded to you. Please send the funds to **my attention**.

Should you have any further questions, please feel free to contact me.

Sincerely,

*C. Richardson*

Chuvona Richardson
Asset Recovery Department
(800) 653-0347 Ext.8832
Fax # 925-296-4087



NC-TRE-B1-C  1450 Treat Boulevard  PO Box 8050  Walnut Creek, California 94597-8050                Member FDIC



To Whom It May Concern;

My name is Scott Ryerson and I am the president of Suncoast Power Boat and Yacht Brokerage Inc. I have been in the boat sales for over twenty five years and I am licensed yacht broker with the state of Florida. We currently have Gregg S Reichmann's 1999 Douglas Skater 32 listed for sale. We have had the boat for sale for over 8 months and during that time had no legitimate offers. We have had the boat listed for an asking price of $139,000. Due to the recent global economics and the exit of banks to finance these particular boats we have seen the values of these boats fall to wholesale or below numbers. The performance boat market is a very small niche market and unfortunately getting smaller by the day to the economics of our country. We currently have a legitimate cash offer on the boat for $120,000. In my professional opinion I advise that this cash offer be accepted. I do not foresee another offer being presented of this value or higher anytime in the near future. This is a cash buyer and closing will commence within seven days of acceptance. Please feel free to contact me if I can be of further assistance or advisement.

Sincerely,

*Scott Ryerson*

Scott Ryerson

President

# PURCHASE AGREEMENT
## Suncoast Power Boats
### 7625 Matoaka Road Sarasota, Fl 34243
### 941-360-9801   Fax 941-827-9078

Agreement made this 15th day of September, 2010, between:

BUYER: Theodore P McCarthy
ADDRESS: P.O. Box 36
Northport, NY 11768

SELLER: Greg Reichman
ADDRESS: P.O. Box 15304
Scottsdale, AZ 85267

CITIZENSHIP: US

Hereinafter "BUYER"

Hereinafter "SELLER"

Buyer and Seller recognize Suncoast Power Boats Inc. as the authorized selling broker of record in this transaction.

1. Subject to the terms and conditions contained herein, Buyer offers to buy all right, title and interest to the Vessel together with all gear, machinery, equipment, furnishings and other articles, ashore and aboard, set forth on the specifications and/or inventory attached hereto (hereinafter referred to as the "Vessel") described as:

BOAT MAKE & Model: 1999 Douglas Skater 32
ENGINE(S) MAKE & MODEL: T-Custom Paul Pfaff 1075's
TRAILER MAKE & MODEL: Douglas Skater Triple Axle

2. The purchase price of Vessel is $120,000.00 US (One Hundred Twenty Thousand Dollars ) (gross) cash. Buyer has paid the sum of $ 10,000 US( Ten Thousand Dollars ), evidence by, Buyer's check, wire or other means as a deposit to be cleared and deposited in Suncoast Power Boats Trust Account following acceptance by Seller, Subject to terms of this agreement.

3. This constitutes an offer to purchase the Vessel. Unless acceptance is signed by Seller and received by Suncoast Power Boats or unless acceptance is telexed to Suncoast Power Boats by Seller on or before September 16th, 2010, this offer shall be deemed revoked and the deposit shall be returned.

4. The sale of Vessel is subject to a marine survey and a trial run, both to the satisfaction of Buyer, to be conducted within 14 days after date of acceptance of offer by Seller. Suncoast Power Boats recommends that Buyer, his agents and surveyors examine the Vessel to ensure Vessel meets Buyer's requirements and to verify that the Vessel's specifications and/or inventory are completely acceptable to Buyer. Seller agrees that the trial run and delivery of Vessel to marine ways, which he hereby authorizes, is made at his sole risk and expense. Seller agrees that Suncoast Power Boats shall not be deemed to be in possession or control of the Vessel during the trial run. Surveys shall be made at the expense of the Buyer including haul out and all work authorized by him, and all costs related thereto. Buyer hereby authorizes the release of a copy of all survey reports to Suncoast Power boats.

5. Buyer hereby acknowledges that surveyors are to be selected and employed solely by Buyer. Suncoast Power Boats is not responsible for any errors or omissions of the surveyors, notwithstanding the fact that Suncoast Power Boats may have suggested names of surveyors or may have engaged surveyors on behalf of Buyer at Buyer's request. It is understood and agreed that if names of surveyors are provided by Suncoast Power Boats, such names are provided solely as an accommodation and do not constitute a recommendation by, or create any liability against, Suncoast Power Boats Inc.

6. Written or telex acceptance or rejection of trial run and surveys shall be made by Buyer and received by Suncoast Power Boats within 14 days after date of acceptance of the offer by Seller. In event of rejection of trial run and/or surveys, the deposit shall be returned to Buyer after all expenses incurred by Buyer against Vessel have been deducted and paid by Suncoast Power Boats, at which time this Agreement shall terminate. Buyer's failure to exercise his right of acceptance or rejection of trial run and/or surveys as specified shall be constructed as rejection.

7. The balance of the purchase price shall be paid to Suncoast Power Boats within 2 days after date of

Buyer's acceptance of trial run, surveys, and satisfaction of the conditions set forth in Paragraph 21 of Purchase Agreement. The date of sale under this Agreement means the date on which the Buyer's total funds have been deposited and cleared in the Suncoast Power Boats Escrow Account, and (a) Suncoast Power Boats is in a position to deliver said funds, less brokerage fees and other applicable fees, taxes and charges, including those described in Paragraph 11 and 12, to Seller, and (b) Suncoast Power Boats has received documents of title from Seller, properly executed, for transfer and delivery.

8.     The parties acknowledge that upon breach of this Agreement by Buyer, it would be impractical or extremely difficult to fix Seller's actual damages. Accordingly, if after written acceptance of trial run, surveys, and satisfaction of the conditions set forth in Paragraph 21 of Purchase Agreement, Buyer fails to pay the balance of the purchase price and to execute all documents necessary to be executed by him for completion of his purchase pursuant to the terms of this Agreement, the deposit paid this date shall be retained by the Seller and Suncoast Power Boats as liquidated damages for Buyer's failure to complete the purchase and the parties shall be relieved of all obligations under this Agreement. Said deposit shall be divided equally between Seller and Suncoast Power Boats after all expenses incurred by Buyer against Vessel (including, but not by way of limitation, surveys and haul out) have been paid.

9.     It is agreed by the parties that the risk of loss, injury or destruction of Vessel shall be borne by Seller until title to the Vessel passes to Buyer.

**BUYER(S) & SELLER(S) ACKNOWLEDGE THAT THEY HAVE READ AND UNDERSTAND EVERY PROVISION ON THESE PAGES.**

**BUYER(S) INITIALS**_____          **SELLER(S) INITIALS**_____

10.    Possession and the title to the Vessel shall remain with the Seller until the consummation of sale unless otherwise provided for herein. Upon consummation of the sale, title shall pass to Buyer and the Vessel shall be delivered by Seller to Buyer at seller's storage **Lake Havasu, Arizona**.

11.    Seller shall furnish clear title to the Vessel and the title shall be in accordance with the regulations of the state and /or country of U.S., U.S. Customs, U.S. Coast Guard, and Federal, State, County, and City regulatory and taxing authorities. The Seller shall discharge, and Suncoast Power Boats is authorized to pay, out of the purchase price funds held by Suncoast Power Boats, all liens, mortgages and bills of every kind now held against the Vessel, or any which may be incurred before the consummation of sale and passage of title to the Vessel to the Buyer.

12.    Should sales or use taxes be imposed on this transaction, Buyer shall pay them in full.

13.    It is agreed that if any controversy arises between Seller and Buyer or either of them and any third person or persons, The Suncoast Power Boats shall not be required to determine the controversy or to take any further action with regard to this Agreement, and Suncoast Power Boats may await the settlement of any such controversy by appropriate legal proceedings or otherwise as may be required, and notwithstanding anything in this Agreement, in such event The Suncoast Power Boats shall not be liable for any damages of any kind or nature whatever. In the event of such proceeding in which Suncoast Power Boats is involved as a party, it is agreed that Suncoast Power Boats shall be entitled to be paid for all court costs and reasonable attorney's fees incurred by Suncoast Power Boats. In the event of legal proceedings between Buyer or Seller on the one hand, and Suncoast Power Boats on the other, concerning the transactions contemplated by this Agreement, the prevailing party shall be entitled to costs and reasonable attorney's fees. **Any and all legal proceedings will be filed in Sarasota County Sarasota, Florida.**

14.    In the event of any default on the part of Seller which results in the failure or the non-performance of this Agreement, the Seller shall be obligated for expenses including, but not way of limitation, haul out, surveys and trial run.

15.    This document constitutes the entire agreement between the parties and it is agreed and understood that there are no other duties, obligations, liabilities, or warranties, implied or otherwise, except as referred to in an addendum, if any, attached.

16.    This Agreement is binding on Seller and Buyer, their heirs, executors, personal representatives and assigns.

17.    **INFORMATION CONCERNING THE VESSEL HERETOFORE PROVIDED BY SELLER THROUGH SUNCOAST POWER BOATS IS BELIEVED TO BE CORRECT AND SUCH INFORMATION IS OFFERED IN GOOD FAITH BUT SUNCOAST POWER BOATS CANNOT GUARANTEE THE ACCURACY OF THIS INFORMATION OR WARRANT THE CONDITION OF THE VESSEL. BUYER INDEPENDENTLY, AND THROUGH BUYER'S SURVEYORS, AGREES TO VERIFY SPECIFICATIONS, CONDITION AND OTHER MATTERS PERTAINING TO VESSEL.**

<u>**NO WARRANTIES**</u>

18. **THE VESSEL IS SOLD TO THE BUYER AND ACCEPTED BY THE BUYER AS IS AND WHERE IS. NO WARRANTY, EITHER EXPRESS OR IMPLIED AND NO REPERSENTATION AS TO THE CONDITION OF THIS VESSEL HAS BEEN MADE BY THE SELLER OR SUNCOAST POWER BOATS, OTHER THAN THOSE SPECIFICALLY SET FORTH IN THIS AGREEMENT.**
19. Time is of the essence of this Agreement.
20. This contract may be executed in counterparts, each of which so executed shall, regardless of the date of this execution and delivery, be deemed an original and such counterparts together shall constitute one and the same instrument.
21. Other Conditions:

**1. No Sea Trial Requested**

**2. Buyer has chosen not to do a physical inspection and purchasing the boat "sight unseen".**

**3. Buyer has chosennot to do a survey & mechanical Inspection**

4.

IN WITNESS WHEREOF the undersigned Buyer has executed this Purchase Agreement on the date indicated below, and acknowledges receipt of a copy hereof.

BUYER: _Theodore P McCarthy_   Date: _Sep. 16_ 20_10_

WITNESS: _William A Betz_

### SELLER ACCEPTANCE

The undersigned Seller accepts and agrees to sell the Vessel on the above terms and conditions. Seller acknowledges receipt of a copy of this Agreement and authorizes Suncoast Power Boats to deliver a signed copy hereof to Buyer.

SELLER:_____ DATE:_____ 20_____

WITNESS:_____

### BUYER ACCEPTANCE OF TRIAL RUN

BUYER:_____ DATE:_____ 20_____

WITNESS:_____

### BUYER ACCEPTANCE OF SURVEYS

BUYER:_____ DATE:_____ 20_____

Witness:_____

**EXHIBIT C**