**TERRY A. DAKE, LTD.**
**11811 North Tatum Boulevard**
**Suite 3031**
**Phoenix, Arizona 85028-1621**
**Telephone: (480) 368-5199**
**Facsimile: (480) 368-5198**
**tdake@cox.net**

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| GREGG SETH REICHMAN; | ) | Case No. 0:10-BK-24374-RJH |
| | ) | |
| Debtor. | ) | |

**NOTICE OF BAR DATE FOR OBJECTIONS TO TRUSTEE'S MOTION**

    **PLEASE TAKE NOTICE** that the trustee has filed the attached motion with the Court. Your rights may be affected by this motion.

    You should read these papers carefully, and discuss them with your attorney if you have one. If you do not have an attorney, you may wish to consult one.

    If you do not want the Court to grant the trustee's motion, or if you want the court to consider your views on the trustee's motion, then on or before **October 25, 2010**, you or your attorney must file with the Court a written response setting forth your concerns and requesting a hearing on the trustee's motion. Your response must be filed with the Court at:

    **Clerk Of The Court**
    **United States Bankruptcy Court**
    **230 N. First Ave.**
    **Ste. 101**
    **Phoenix, Arizona 85003-1706**

    If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail or e-mail[1] a copy of your response to the attorney for the trustee at:

> Terry A. Dake, Esq.
> **TERRY A. DAKE, LTD.**
> 11811 North Tatum Boulevard
> Suite 3031
> Phoenix, Arizona 85023-1621
> tdake@cox.net

If you or your attorney do not take these steps, the Court may decide that you do not oppose the trustee's motion and may enter an order that grants the trustee's motion without further notice or hearing.

DATED September 29, 2010.

> **TERRY A. DAKE, LTD.**
>
>
> By /s/ TD009656
>    Terry A. Dake
>    11811 North Tatum Boulevard
>    Suite 3031
>    Phoenix, Arizona  85028-1621
>    Attorney for Trustee

---

[1] E-mailed papers must be in pdf format.

2

TERRY A. DAKE, LTD.
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| GREGG SETH REICHMAN; | ) | Case No. 0:10-BK-24374-RJH |
| Debtor. | ) | |

**MOTION TO EXTEND DEADLINE TO
ASSUME OR REJECT**

The trustee moves this Court to extend the deadline for assuming or rejecting the interest of the debtor in certain limited liability companies. The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points And Authorities.

DATED September 29, 2010

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

The debtor reports that he has an interest in three entities, Active Finance, LLC, TDJ, LLC and Active Funding Group, LLC. The

debtor's interest in those entities now belongs to the bankruptcy estate. 11 U.S.C. §541.

While the trustee does not believe that the debtor's interest in these entities is "executory" as that term is used in the Bankruptcy Code, the trustee requests that this Court extend the time for the trustee to assume or reject these assets should this Court at any time determine that the interest in these asset is executory. The trustee is currently investigating the value of those assests.

**WHEREFORE**, the trustee prays for the entry of an order extending the time for the trustee to assume or reject the estate's interest in Active Finance Group, LLC, TDJ, LLC and Active Funding Group, LLC pending further order of the Court.

DATED September 29, 2010.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621

2