**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: October 12, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceedings |
| GREGG SETH REICHMAN, | Case No. 0:10-bk-24374-RJH |
| Debtor. | **ORDER GRANTING MOTION TO COMPEL ABANDONMENT OF PROPERTY** |

Upon the *Motion to Compel Abandonment of Property* filed by Gregg S. Reichman, Debtor, and no opposition having been filed and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the bankruptcy estate's interest in the 1999 32-foot Douglas Skater and Douglas Skater triple axle trailer are deemed abandoned.

**DATED AND SIGNED ABOVE**