```
 1  TERRY A. DAKE, LTD.
    11811 North Tatum Boulevard
 2  Suite 3031
    Phoenix, Arizona  85028-1621
 3  Telephone: (480) 368-5199
    Facsimile: (480) 368-5198
 4  tdake@cox.net

 5  Terry A. Dake - 009656

 6  Attorney for Trustee
```

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| GREGG SETH REICHMAN; | ) | Case No. 0:10-BK-24374-RJH |
| | ) | |
| Debtor. | ) | |

**NOTICE OF ABANDONMENT
AND NOTICE OF BAR DATE FOR OBJECTIONS**

**PLEASE TAKE NOTICE** that the trustee intends to abandon the following property pursuant to 11 U.S.C. §554 and Bankruptcy Rule 6007(a):

> All right, title and interest of the bankruptcy estate in GSG Properties, LLC and Active Finance Group, LLC.

Any objections to this proposed abandonment must be filed on or before **December 13, 2010**. Objections must be filed with the Clerk of the Bankruptcy Court, 230 N. First Avenue, Ste. 101, Phoenix, Arizona 85003-1706, and a copy of such objection must be mailed to counsel for the trustee, whose name and address appears below. If an objection is timely filed and served, then the Court will conduct a hearing to resolve the matter. If no objection is timely filed and served, the asset(s) shall be abandoned without further notice or hearing.

The name and address of counsel for the trustee is as follows:

```
 1              Terry A. Dake, Esq.
                TERRY A. DAKE, LTD.
 2              11811 North Tatum Boulevard
                Suite 3031
 3              Phoenix, Arizona  85028-1621

 4       DATED November 27, 2010.

 5
                                TERRY A. DAKE, LTD.
 6

 7                              By   /s/ TD009656
                                     Terry A. Dake - 009656
 8                                   11811 North Tatum Boulevard
                                     Suite 3031
 9                                   Phoenix, Arizona 85028-1621
```