G. Jan Beekhuis
171 Alamo Hills Court
Alamo, CA 94507-2243
Tel. (925)743-0414
E-mail: Beekhuis@comcast.net

December 10, 2010

Clerk of the Bankruptcy Court
230 N First Ave., #101
Phoenix, AZ 85003-1706



**FILED**

DEC 1 3 2010

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Dear Sirs:

**24374**

Case # 0.10-BK-~~243374~~

I received a Notice that this case has been abandoned but I do wish to object. I have
been away and just got back from a business trip and have replied immediately - so
I trust it will reach you before Dec 13.
My debt was incurred by Greg Reichman PERSONALLY, not by AFG or GSG and
is completely separate from those. (Where I was also invested but I did not claim on
those)

Therefore I request additional hearing

G.J.Beekhuis

cc: Terry A Dake esq., Terry Dake Ltd.
11811 N. Tatum Blvd. # 3031
Phoenix, AZ 85028-1621

12/14/2010