**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: January 03, 2011**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

*TERRY A. DAKE, LTD.*
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona  85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@cox.net

Terry A. Dake - 009656

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| GREGG SETH REICHMAN; | ) | Case No. 0:10-BK-24374-RJH |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER APPROVING ABANDONMENT

This matter having come before the Court on the trustee's Notice Of Abandonment; and

The trustee having sought abandonment of the following:

    All right, title and interest of the bankruptcy estate in GSG Properties, LLC and Active Finance Group, LLC.

Hereinafter referred to as the "Property"; and

It appearing that notice of the proposed abandonment was duly given to creditors and parties in interest as appears from the certificate of mailing filed with the Court; and

There having been no objections to the trustee's notice timely filed and served except for the objection at Admin. Dkt. No. 37 as to which the objector, G. Jan Beekhuis, has consented to the entry of this order as shown by his signature below; and

The Court having reviewed the proposed abandonment and finding that the requested relief is a reasonable exercise of the trustee's

business judgment and is otherwise reasonable and in the best interest of the estate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the Property is abandoned.

**DATED AND SIGNED ABOVE.**

**APPROVED AND AGREED:**

<u>  See attached.        </u>
G. Jan Beekhuis

business judgment and is otherwise reasonable and in the best interest of the estate; and

The Court being otherwise duly advised;

**IT IS ORDERED** that the Property is abandoned.

**DATED AND SIGNED ABOVE.**

APPROVED AND AGREED:

_____
G. Jan Beekhuis

2