# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | GREGG SETH REICHMAN |
| **Case Number:** | 0:10-bk-24374-RJH  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 05, 2011 10:00 AM   BULLHEAD |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

HEARING ON G. JAN BEEKHUIS OBJECTION TO TRUSTEE'S MOTION FOR ABANDOMENT OF ALL RIGHT, TITLE & INTEREST OF THE BANKRUPTCY ESTATE IN GSG PROPERIES, LLC & ACTIVE FINANCE GROUP LLC

**R / M #:**  32 / 0

**VACATED:**  1/3/11 Order Entered

### Appearances:

NONE

### Proceedings:

VACATED: 1/3/11 Order Entered