Lawrence J. Warfield
P.O. Box 14647
Scottsdale, AZ 85267

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 0:10-BK-24374-EPB |
| | § | |
| GREGG SETH REICHMAN | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/03/2010. The undersigned trustee was appointed on 08/03/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $2,745.59

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $33.22 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $1,127.67 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $1,584.70 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/03/2011 and the deadline for filing government claims was 01/03/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $404.48. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $123.41, for a total compensation of $123.41[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $79.15, for total expenses of $79.15.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/21/2013          By:   /s/ Lawrence J. Warfield
                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 10-24374-YUM EPB | | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | REICHMAN, GREGG SETH | | **Date Filed (f) or Converted (c):** | 08/03/2010 (f) |
| **For the Period Ending:** | 3/22/2013 | | **§341(a) Meeting Date:** | 09/21/2010 |
| | | | **Claims Bar Date:** | 01/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  3085 GATEWOOD DRIVE LAKE HAVASU CITY, AZ 86404 | $367,338.00 | $0.00 | | $0.00 | FA |
| 2  U.S. BANK | $100.00 | $0.00 | | $0.00 | FA |
| 3  VARIOUS HOUSEHOLD FURNITURE; 2 FLAT PANEL TV'S; ON | $1,500.00 | $0.00 | | $0.00 | FA |
| 4  VARIOUS CLOTHING | $150.00 | $0.00 | | $0.00 | FA |
| 5  WEIGHTS | $200.00 | $0.00 | | $0.00 | FA |
| 6  ACTIVE FINANCE GROUP LLC (INTEREST - 41%) | $0.00 | $0.00 | | $0.00 | FA |
| 7  GSG PROPERTIES, LLC (INTEREST - 25.05%) | $0.00 | $0.00 | | $0.00 | FA |
| 8  TDJ, LLC (INTEREST - 90%) | $0.00 | $0.00 | | $0.00 | FA |
| 9  ACTIVE FUNDING GROUP, LLC (INTEREST - 42.5%) | $0.00 | $0.00 | | $0.00 | FA |
| 10 2007 DODGE TRUCK | $26,425.00 | $0.00 | | $0.00 | FA |
| 11 BOAT - 1999 32 FT. DOUGLAS MARINE | $90,000.00 | $0.00 | | $0.00 | FA |
| 12 2010 FEDERAL TAX REFUND          (u) | $0.00 | $2,744.00 | | $2,744.00 | FA |
| INT Interest Earned | Unknown | Unknown | | $1.59 | FA |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** |
|---|---|---|---|
| $485,713.00 | $2,744.00 | $2,745.59 | $0.00 |

**Initial Projected Date Of Final Report (TFR):** 10/12/2011     **Current Projected Date Of Final Report (TFR):** 03/22/2013     /s/ LAWRENCE J. WARFIELD
                                                                                                                                          LAWRENCE J. WARFIELD

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-24374-YUM EPB | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | REICHMAN, GREGG SETH | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******7716 | | Checking Acct #: | ******9947 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 8/3/2010 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 3/22/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/12/2012 | | M&I Bank | Transfer Funds | 9999-000 | $2,745.59 | | $2,745.59 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.71 | $2,742.88 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.42 | $2,738.46 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.41 | $2,734.05 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.26 | $2,729.79 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.40 | $2,725.39 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.25 | $2,721.14 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.38 | $2,716.76 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.39 | $2,712.37 |
| 02/18/2013 | 5001 | GREGG SETH REICHMAN | Return of Debtors Pro Rata | 8500-002 | | $1,127.67 | $1,584.70 |
| | | | TOTALS: | | $2,745.59 | $1,160.89 | $1,584.70 |
| | | | Less: Bank transfers/CDs | | $2,745.59 | $0.00 | |
| | | | Subtotal | | $0.00 | $1,160.89 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $1,160.89 | |

| For the period of 8/3/2010 to 3/22/2013 | | For the entire history of the account between 06/12/2012 to 3/22/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,745.59 | Total Internal/Transfer Receipts: | $2,745.59 |
| | | | |
| Total Compensable Disbursements: | $33.22 | Total Compensable Disbursements: | $33.22 |
| Total Non-Compensable Disbursements: | $1,127.67 | Total Non-Compensable Disbursements: | $1,127.67 |
| Total Comp/Non Comp Disbursements: | $1,160.89 | Total Comp/Non Comp Disbursements: | $1,160.89 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-24374-YUM EPB | **Trustee Name:** Lawrence J. Warfield |
| **Case Name:** | REICHMAN, GREGG SETH | **Bank Name:** M&I Bank |
| **Primary Taxpayer ID #:** | ******7716 | **Money Market Acct #:** ******9881 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 8/3/2010 | **Blanket bond (per case limit):** $82,080,307.00 |
| **For Period Ending:** | 3/22/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/10/2011 | (12) | REICHMAN, GREGG SETH | | 1224-000 | $2,744.00 | | $2,744.00 |
| 11/30/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.11 | | $2,744.11 |
| 12/31/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.24 | | $2,744.35 |
| 01/31/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.24 | | $2,744.59 |
| 02/29/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.22 | | $2,744.81 |
| 03/31/2012 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.23 | | $2,745.04 |
| 04/30/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.23 | | $2,745.27 |
| 05/31/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.24 | | $2,745.51 |
| 06/12/2012 | (INT) | M&I Bank | Interest Earned For June 2012 | 1270-000 | $0.08 | | $2,745.59 |
| 06/12/2012 | | Bank of Texas | Transfer Funds | 9999-000 | | $2,745.59 | $0.00 |
| | | | **TOTALS:** | | $2,745.59 | $2,745.59 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $2,745.59 | |
| | | | Subtotal | | $2,745.59 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $2,745.59 | $0.00 | |

| **For the period of 8/3/2010 to 3/22/2013** | | **For the entire history of the account between 11/14/2011 to 3/22/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,745.59 | Total Compensable Receipts: | $2,745.59 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,745.59 | Total Comp/Non Comp Receipts: | $2,745.59 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,745.59 | Total Internal/Transfer Disbursements: | $2,745.59 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 10-24374-YUM EPB | | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | REICHMAN, GREGG SETH | | **Bank Name:** | M&I Bank |
| **Primary Taxpayer ID #:** | ******7716 | | **Money Market Acct #:** | ******9881 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 8/3/2010 | | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 3/22/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,745.59 | $1,160.89 | $1,584.70 |

| **For the period of 8/3/2010 to 3/22/2013** | | **For the entire history of the case between 08/03/2010 to 3/22/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,745.59 | Total Compensable Receipts: | $2,745.59 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,745.59 | Total Comp/Non Comp Receipts: | $2,745.59 |
| Total Internal/Transfer Receipts: | $2,745.59 | Total Internal/Transfer Receipts: | $2,745.59 |
| | | | |
| Total Compensable Disbursements: | $33.22 | Total Compensable Disbursements: | $33.22 |
| Total Non-Compensable Disbursements: | $1,127.67 | Total Non-Compensable Disbursements: | $1,127.67 |
| Total Comp/Non Comp Disbursements: | $1,160.89 | Total Comp/Non Comp Disbursements: | $1,160.89 |
| Total Internal/Transfer Disbursements: | $2,745.59 | Total Internal/Transfer Disbursements: | $2,745.59 |

# CLAIM ANALYSIS REPORT

| Case No.: | 10-24374-YUM EPB | | Trustee Name: | Lawrence J. Warfield |
| --- | --- | --- | --- | --- |
| Case Name: | REICHMAN, GREGG SETH | | Date: | 3/21/2013 |
| Claims Bar Date: | 01/03/2011 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | TERRY A DAKE<br><br>11811 N. TATUM BLVD.<br>SUITE 3031<br>PHOENIX AZ 850281621 | 02/18/2013 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $4,530.00 | $4,530.00 | $4,530.00 | $0.00 | $0.00 | $0.00 | $4,530.00 |
|  | LAWRENCE J. WARFIELD<br>P.O. Box 14647<br>Scottsdale AZ 85267 | 03/21/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $79.15 | $79.15 | $0.00 | $0.00 | $0.00 | $79.15 |
|  | LAWRENCE J. WARFIELD<br>P.O. Box 14647<br>Scottsdale AZ 85267 | 03/21/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $404.48 | $404.48 | $0.00 | $0.00 | $0.00 | $404.48 |
| 1 | WELLS FARGO CAPITAL FINANCE, INC.<br>ATTN: AHARON TARNAVSKY, VICE PRESIDENT<br>14241 DALLAS PARKWAY, SUITE 1300<br>DALLAS TX 75254 | 08/31/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,718,000.00 | $8,718,000.00 | $0.00 | $0.00 | $0.00 | $8,718,000.00 |
| 2 | G. JAN BEEKHUIS TRUST<br>171 ALAMO HILLS COURT<br>ALAMO CA 94507 | 10/20/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $592,720.00 | $592,720.00 | $0.00 | $0.00 | $0.00 | $592,720.00 |

**Claim Notes:** (2-1) MONEY LOANED

| | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | CHASE AUTO FINANCE<br><br>201 N. Central Ave AZ1-1191<br>Phoenix AZ 85004 | 10/26/2010 | Real Estate - Consensual Liens | Allowed | 4110-000 | $0.00 | $20,764.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (3-1) 2007 Dodge Ram 3500

| Case No.: | 10-24374-YUM EPB | | | | Trustee Name: | | Lawrence J. Warfield | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | REICHMAN, GREGG SETH | | | | Date: | | 3/21/2013 | | | | |
| Claims Bar Date: | 01/03/2011 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | YOUNG & SUSSER, P.C.<br><br>Young & Susser, P.C.<br>26200 American Drive, Suite 305<br>Southfield MI 48034 | 11/15/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $39,361.96 | $39,361.96 | $0.00 | $0.00 | $0.00 | $39,361.96 |
| Claim Notes: | (4-1) services performed | | | | | | | | | | | |
| 5 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 193550701 | 12/14/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,500.00 | $2,500.00 | $0.00 | $0.00 | $0.00 | $2,500.00 |
| Claim Notes: | (5-1) CREDIT CARD DEBT | | | | | | | | | | | |
| 6 | MAX AND CAROL KOEPER<br>3807 N. PASEO DEL SOL<br>MESA AZ 85207 | 12/16/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $100,000.00 | $100,000.00 | $0.00 | $0.00 | $0.00 | $100,000.00 |
| 7 | US BANK N.A.<br><br>P.O. Box 5229<br>Cincinnati OH 45201 | 12/23/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $46,715.00 | $46,715.00 | $0.00 | $0.00 | $0.00 | $46,715.00 |
| Claim Notes: | (7-1) deficiency balance | | | | | | | | | | | |
| 8 | IAN S. LANSBERG, ESQ.<br><br>16030 VENTURA BOULEVARD<br>SUITE 470<br>ENCINO CA 91436 | 01/03/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $23,882.78 | $23,882.78 | $0.00 | $0.00 | $0.00 | $23,882.78 |
| Claim Notes: | (8-1) Attorneys&#039; Fees | | | | | | | | | | | |
| 9 | GREENBANK<br><br>C/O TERRY POLMAN<br>PO BOX 1120<br>GREENVILLE TN 377441120 | 01/04/2011 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $2,890,181.31 | $2,890,181.31 | $0.00 | $0.00 | $0.00 | $2,890,181.31 |
| Claim Notes: | (9-1) LIABILITY ON PERSONAL GUARANTIES | | | | | | | | | | | |

| Case No. | 10-24374-YUM EPB | | | Trustee Name: | Lawrence J. Warfield |
| Case Name: | REICHMAN, GREGG SETH | | | Date: | 3/21/2013 |
| Claims Bar Date: | 01/03/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | STEVE COOK  6437 E. CAON DRIVE  PARADISE VALLEY AZ 85253 | 01/04/2011 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $150,000.00 | $150,000.00 | $0.00 | $0.00 | $0.00 | $150,000.00 |
| 11 | INTERNAL REVENUE SERVICE  4041 N. CENTRAL AVE., SUITE 112  M/S 5014 PHX  PHOENIX AZ 850123335 | 01/24/2011 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $248,055.74 | $248,055.74 | $0.00 | $0.00 | $0.00 | $248,055.74 |
| | | | | | | $12,837,195.30 | $12,816,430.42 | $0.00 | $0.00 | $0.00 | 12,816,430.42 |

| | |
|---|---|
| Case No. | 10-24374-YUM EPB |
| Case Name: | REICHMAN, GREGG SETH |
| Claims Bar Date: | 01/03/2011 |

| | |
|---|---|
| Trustee Name: | Lawrence J. Warfield |
| Date: | 3/21/2013 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $4,530.00 | $4,530.00 | $0.00 | $0.00 | $0.00 | $4,530.00 |
| Claims of Governmental Units | $248,055.74 | $248,055.74 | $0.00 | $0.00 | $0.00 | $248,055.74 |
| General Unsecured 726(a)(2) | $9,523,179.74 | $9,523,179.74 | $0.00 | $0.00 | $0.00 | $9,523,179.74 |
| Real Estate - Consensual Liens | $20,764.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured 726(a)(3) | $3,040,181.31 | $3,040,181.31 | $0.00 | $0.00 | $0.00 | $3,040,181.31 |
| Trustee Compensation | $404.48 | $404.48 | $0.00 | $0.00 | $0.00 | $404.48 |
| Trustee Expenses | $79.15 | $79.15 | $0.00 | $0.00 | $0.00 | $79.15 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 0:10-BK-24374-EPB
Case Name: GREGG SETH REICHMAN
Trustee Name: Lawrence J. Warfield

Balance on hand: $1,584.70

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | Chase Auto Finance | $20,764.88 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $1,584.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Lawrence J. Warfield, Trustee Fees | $404.48 | $0.00 | $123.41 |
| Lawrence J. Warfield, Trustee Expenses | $79.15 | $0.00 | $79.15 |
| TERRY A DAKE, Attorney for Trustee Fees | $4,530.00 | $0.00 | $1,382.14 |

Total to be paid for chapter 7 administrative expenses: $1,584.70
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $248,055.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | INTERNAL REVENUE SERVICE | $248,055.74 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,523,179.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | WELLS FARGO CAPITAL FINANCE, INC. | $8,718,000.00 | $0.00 | $0.00 |
| 2 | G. JAN BEEKHUIS TRUST | $592,720.00 | $0.00 | $0.00 |
| 4 | Young & Susser, P.C. | $39,361.96 | $0.00 | $0.00 |
| 5 | American Express Centurion Bank | $2,500.00 | $0.00 | $0.00 |
| 6 | MAX AND CAROL KOEPER | $100,000.00 | $0.00 | $0.00 |
| 7 | US Bank N.A. | $46,715.00 | $0.00 | $0.00 |
| 8 | IAN S. LANSBERG, ESQ. | $23,882.78 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $3,040,181.31 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 9 | GREENBANK | $2,890,181.31 | $0.00 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 10 | STEVE COOK | $150,000.00 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00