UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: § Case No. 0:10-BK-24374-EPB
§
GREGG SETH REICHMAN §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Lawrence J. Warfield, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $485,713.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $34,936,416.79 |
| Total Expenses of Administration: | $1,617.92 | | |

3) Total gross receipts of $2,745.59 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,127.67 (see **Exhibit 2),** yielded net receipts of $1,617.92 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $3,331,838.00 | $20,764.88 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $5,046.85 | $5,046.85 | $1,617.92 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $248,055.74 | $248,055.74 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $38,542,604.83 | $12,563,361.05 | $12,563,361.05 | $0.00 |
| **Total Disbursements** | $41,874,442.83 | $12,837,228.52 | $12,816,463.64 | $1,617.92 |

4). This case was originally filed under chapter 7 on 08/03/2010. The case was pending for -1327 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/16/2013      By: /s/ Lawrence J. Warfield
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 FEDERAL TAX REFUND | 1224-000 | $2,744.00 |
| Interest Earned | 1270-000 | $1.59 |
| **TOTAL GROSS RECEIPTS** | | **$2,745.59** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| GREGG SETH REICHMAN | Funds to Third Parties | 8500-002 | $1,127.67 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,127.67** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Chase Auto Finance | 4110-000 | $26,500.00 | $20,764.88 | $0.00 | $0.00 |
| | BANK OF THE WEST | 4110-000 | $118,000.00 | NA | $0.00 | $0.00 |
| | GENESIS CAPITAL CORP | 4110-000 | $2,500,000.00 | NA | $0.00 | $0.00 |
| | JAN BEEKHUIS TRUST | 4110-000 | $350,000.00 | NA | $0.00 | $0.00 |
| | U S BANK | 4110-000 | $337,338.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$3,331,838.00** | **$20,764.88** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lawrence J. Warfield, Trustee | 2100-000 | NA | $404.48 | $404.48 | $123.41 |
| Lawrence J. Warfield, Trustee | 2200-000 | NA | $79.15 | $79.15 | $79.15 |
| Bank of Texas | 2600-000 | NA | $33.22 | $33.22 | $33.22 |
| TERRY A DAKE, Attorney for Trustee | 3210-000 | NA | $4,530.00 | $4,530.00 | $1,382.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$5,046.85** | **$5,046.85** | **$1,617.92** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $248,055.74 | $248,055.74 | $0.00 |
| | ARIZONA DEPARTMENT OF | 5800-000 | $0.00 | NA | NA | $0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | NA | NA | $0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $248,055.74 | $248,055.74 | $0.00 |


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WELLS FARGO CAPITAL FINANCE, INC. | 7100-000 | $10,000,000.00 | $8,718,000.00 | $8,718,000.00 | $0.00 |
| 2 | G. JAN BEEKHUIS TRUST | 7100-000 | $2,500,000.00 | $592,720.00 | $592,720.00 | $0.00 |
| 4 | Young & Susser, P.C. | 7100-000 | $40,000.00 | $39,361.96 | $39,361.96 | $0.00 |
| 5 | American Express Centurion Bank | 7100-000 | $4,000.00 | $2,500.00 | $2,500.00 | $0.00 |
| 6 | MAX AND CAROL KOEPER | 7100-000 | $100,000.00 | $100,000.00 | $100,000.00 | $0.00 |
| 7 | US Bank N.A. | 7100-000 | $93,604.83 | $46,715.00 | $46,715.00 | $0.00 |
| 8 | IAN S. LANSBERG, ESQ. | 7100-000 | $30,000.00 | $23,882.78 | $23,882.78 | $0.00 |
| 9 | GREENBANK | 7200-000 | $3,500,000.00 | $2,890,181.31 | $2,890,181.31 | $0.00 |
| 10 | STEVE COOK | 7200-000 | $150,000.00 | $150,000.00 | $150,000.00 | $0.00 |
| | ANDORRA ASSOCIATION | 7100-000 | $8,000.00 | NA | NA | $0.00 |
| | ANDREW FOLLMER | 7100-000 | $80,000.00 | NA | NA | $0.00 |
| | ARIZONA | 7100-000 | $80,000.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| BUSINESS BANK | | | | | |
| ARIZONA BUSINESS BANK | 7100-000 | $4,400,000.00 | NA | NA | $0.00 |
| CHAD NELSON | 7100-000 | $200,000.00 | NA | NA | $0.00 |
| CHASE MORTGAGE | 7100-000 | $80,000.00 | NA | NA | $0.00 |
| CHASE MORTGAGE | 7100-000 | $90,000.00 | NA | NA | $0.00 |
| CMS PENSION PLAN | 7100-000 | $4,400,000.00 | NA | NA | $0.00 |
| DANIEL & LINDA KUNIHIRA | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| DANIEL KNOPPER | 7100-000 | $540,000.00 | NA | NA | $0.00 |
| DR. ALAN MURRAY | 7100-000 | $250,000.00 | NA | NA | $0.00 |
| EQUITY TRUST | 7100-000 | $600,000.00 | NA | NA | $0.00 |
| EXCESSIVE ENTERPRISES | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| FLASH & BOYS LLC | 7100-000 | $2,250,000.00 | NA | NA | $0.00 |
| GARY WHITE | 7100-000 | $500,000.00 | NA | NA | $0.00 |
| GENESIS FINANCIAL SERVICES | 7100-000 | $2,500,000.00 | NA | NA | $0.00 |
| GFAH EQUITY LENDING | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| GSG PROPERTIES, LLC | 7100-000 | $225,000.00 | NA | NA | $0.00 |
| JAN BEEKHUIS TRUST | 7100-000 | $1,000,000.00 | NA | NA | $0.00 |
| JONATHAN SACHS | 7100-000 | $60,000.00 | NA | NA | $0.00 |
| JORDAN SACHS | 7100-000 | $77,000.00 | NA | NA | $0.00 |
| L & L FINANCIAL GROUP | 7100-000 | $1,500,000.00 | NA | NA | $0.00 |
| LINDA GAIL FINI | 7100-000 | $65,000.00 | NA | NA | $0.00 |
| LOIS LINDGREN | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| LOIS LINDGREN | 7100-000 | $64,000.00 | NA | NA | $0.00 |
| PAMELA FOLLMER | 7100-000 | $775,000.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| PERENNIAL FUND (FINANCE 500) | 7100-000 | $835,000.00 | NA | NA | $0.00 |
| RICHARD LINDGREN | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| RICHARD LINDGREN | 7100-000 | $186,000.00 | NA | NA | $0.00 |
| ROBINSON FAMILY TRUST | 7100-000 | $250,000.00 | NA | NA | $0.00 |
| SEAN & VLASTA DUFFY | 7100-000 | $80,000.00 | NA | NA | $0.00 |
| SHERYL ULYATE | 7100-000 | $250,000.00 | NA | NA | $0.00 |
| STANTON PERRY | 7100-000 | $250,000.00 | NA | NA | $0.00 |
| VIRGINIA BATEMAN | 7100-000 | $130,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $38,542,604.83 | $12,563,361.05 | $12,563,361.05 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1   Exhibit 8

| | |
|---|---|
| **Case No.:** 10-24374-YUM EPB | **Trustee Name:** Lawrence J. Warfield |
| **Case Name:** REICHMAN, GREGG SETH | **Date Filed (f) or Converted (c):** 08/03/2010 (f) |
| **For the Period Ending:** 7/17/2013 | **§341(a) Meeting Date:** 09/21/2010 |
| | **Claims Bar Date:** 01/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  3085 GATEWOOD DRIVE LAKE HAVASU CITY, AZ 86404 | $367,338.00 | $0.00 | | $0.00 | FA |
| 2  U.S. BANK | $100.00 | $0.00 | | $0.00 | FA |
| 3  VARIOUS HOUSEHOLD FURNITURE; 2 FLAT PANEL TV'S; ON | $1,500.00 | $0.00 | | $0.00 | FA |
| 4  VARIOUS CLOTHING | $150.00 | $0.00 | | $0.00 | FA |
| 5  WEIGHTS | $200.00 | $0.00 | | $0.00 | FA |
| 6  ACTIVE FINANCE GROUP LLC (INTEREST - 41%) | $0.00 | $0.00 | | $0.00 | FA |
| 7  GSG PROPERTIES, LLC (INTEREST - 25.05%) | $0.00 | $0.00 | | $0.00 | FA |
| 8  TDJ, LLC (INTEREST - 90%) | $0.00 | $0.00 | | $0.00 | FA |
| 9  ACTIVE FUNDING GROUP, LLC (INTEREST - 42.5%) | $0.00 | $0.00 | | $0.00 | FA |
| 10  2007 DODGE TRUCK | $26,425.00 | $0.00 | | $0.00 | FA |
| 11  BOAT - 1999 32 FT. DOUGLAS MARINE | $90,000.00 | $0.00 | | $0.00 | FA |
| 12  2010 FEDERAL TAX REFUND  (u) | $0.00 | $2,744.00 | | $2,744.00 | FA |
| INT  Interest Earned | Unknown | Unknown | | $1.59 | FA |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

$485,713.00     $2,744.00     $2,745.59     $0.00

**Initial Projected Date Of Final Report (TFR):** 10/12/2011   **Current Projected Date Of Final Report (TFR):** 03/22/2013

/s/ LAWRENCE J. WARFIELD
LAWRENCE J. WARFIELD

Case 0:10-bk-24374-EPB   Doc 55   Filed 08/07/13   Entered 08/07/13 10:41:29   Desc
Page 7 of 11

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-24374-YUM EPB | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | REICHMAN, GREGG SETH | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******7716 | | Checking Acct #: | ******9947 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 8/3/2010 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 7/17/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/12/2012 | | M&I Bank | Transfer Funds | 9999-000 | $2,745.59 | | $2,745.59 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.71 | $2,742.88 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.42 | $2,738.46 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.41 | $2,734.05 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.26 | $2,729.79 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.40 | $2,725.39 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.25 | $2,721.14 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.38 | $2,716.76 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.39 | $2,712.37 |
| 02/18/2013 | 5001 | GREGG SETH REICHMAN | Return of Debtors Pro Rata | 8500-002 | | $1,127.67 | $1,584.70 |
| 07/05/2013 | 5002 | Lawrence J. Warfield | Trustee Compensation | 2100-000 | | $123.41 | $1,461.29 |
| 07/05/2013 | 5003 | Lawrence J. Warfield | Trustee Expenses | 2200-000 | | $79.15 | $1,382.14 |
| 07/05/2013 | 5004 | TERRY A DAKE | Claim #: ; Amount Claimed: 4,530.00; Distribution Dividend: 30.51; | 3210-000 | | $1,382.14 | $0.00 |

SUBTOTALS   $2,745.59   $2,745.59

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 10-24374-YUM EPB | | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | REICHMAN, GREGG SETH | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | ******7716 | | **Checking Acct #:** | ******9947 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 8/3/2010 | | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 7/17/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $2,745.59 | $2,745.59 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,745.59 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,745.59 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,745.59 | |

| For the period of 8/3/2010 to 7/17/2013 | | For the entire history of the account between 06/12/2012 to 7/17/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,745.59 | Total Internal/Transfer Receipts: | $2,745.59 |
| | | | |
| Total Compensable Disbursements: | $1,617.92 | Total Compensable Disbursements: | $1,617.92 |
| Total Non-Compensable Disbursements: | $1,127.67 | Total Non-Compensable Disbursements: | $1,127.67 |
| Total Comp/Non Comp Disbursements: | $2,745.59 | Total Comp/Non Comp Disbursements: | $2,745.59 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-24374-YUM EPB | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | REICHMAN, GREGG SETH | | Bank Name: | M&I Bank |
| Primary Taxpayer ID #: | ******7716 | | Money Market Acct #: | ******9881 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 8/3/2010 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 7/17/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/10/2011 | (12) | REICHMAN, GREGG SETH | | 1224-000 | $2,744.00 | | $2,744.00 |
| 11/30/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.11 | | $2,744.11 |
| 12/31/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.24 | | $2,744.35 |
| 01/31/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.24 | | $2,744.59 |
| 02/29/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.22 | | $2,744.81 |
| 03/31/2012 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.23 | | $2,745.04 |
| 04/30/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.23 | | $2,745.27 |
| 05/31/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.24 | | $2,745.51 |
| 06/12/2012 | (INT) | M&I Bank | Interest Earned For June 2012 | 1270-000 | $0.08 | | $2,745.59 |
| 06/12/2012 | | Bank of Texas | Transfer Funds | 9999-000 | | $2,745.59 | $0.00 |
| | | | TOTALS: | | $2,745.59 | $2,745.59 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $2,745.59 | |
| | | | Subtotal | | $2,745.59 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,745.59 | $0.00 | |

**For the period of 8/3/2010 to 7/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,745.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,745.59 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,745.59 |

**For the entire history of the account between 11/14/2011 to 7/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,745.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,745.59 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,745.59 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 10-24374-YUM EPB | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | REICHMAN, GREGG SETH | **Bank Name:** | M&I Bank |
| **Primary Taxpayer ID #:** | ******7716 | **Money Market Acct #:** | ******9881 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 8/3/2010 | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 7/17/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,745.59 | $2,745.59 | $0.00 |

**For the period of 8/3/2010 to 7/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,745.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,745.59 |
| Total Internal/Transfer Receipts: | $2,745.59 |
| | |
| Total Compensable Disbursements: | $1,617.92 |
| Total Non-Compensable Disbursements: | $1,127.67 |
| Total Comp/Non Comp Disbursements: | $2,745.59 |
| Total Internal/Transfer Disbursements: | $2,745.59 |

**For the entire history of the case between 08/03/2010 to 7/17/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,745.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,745.59 |
| Total Internal/Transfer Receipts: | $2,745.59 |
| | |
| Total Compensable Disbursements: | $1,617.92 |
| Total Non-Compensable Disbursements: | $1,127.67 |
| Total Comp/Non Comp Disbursements: | $2,745.59 |
| Total Internal/Transfer Disbursements: | $2,745.59 |